DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SVETLANA KOZLOVSKAIA,**
Appellant,

v.

**U.S. BANK N.A. AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-CH1 ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-CH1,**
Appellee.

No. 4D18-2083

[January 16, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Susan R. Lubitz, Senior Judge; L.T. Case No. 50-2015-CA-007041-XXXX-MB.

Mark L. Pomeranz of Pomeranz & Associates, P.A., Hallandale Beach, for appellant.

Eve A. Cann of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and GERBER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***